UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MERCY CORTORREAL, :
:
                   Plaintiff, :
: 24 Civ. 3948 (JPC)
     -v- :
: ORDER
:
REYES FASTEST SHIPPING INC. and :
WILSON ROBINSON REYES CASTILLO, :
:
                 Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On June 3, 2024, Plaintiff served Reyes Fastest Shipping Inc. with the Summons and Complaint in this action. Dkt. 11. On June 12, 2024, Plaintiff served Defendant Wilson Robinson Reyes Castillo with the Summons and Complaint. Dkt. 12. To date, no answer has been filed. Accordingly, the Court *sua sponte* extends the deadline to respond to the Complaint for both Defendants until July 16, 2024. If those Defendants fail to respond to the Complaint by that deadline, Plaintiff should seek a Certificate of Default by July 25, 2024.

    SO ORDERED.

Dated: July 2, 2024
       New York, New York
                                         JOHN P. CRONAN
                                         United States District Judge