

The Law Offices of Jacob Aronauer
250 Broadway, Suite 600
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

July 29, 2024

**Via ECF**
Hon. John P. Cronan
Southern District of New York
United States District Court

Re:   *Cortorreal v. Reyes Fastest Shipping Inc. et al.*
       1:24-cv-03948 (JPC)

Dear Judge Cronan:

This office represents Plaintiff. As the recent docket entries reflect, unfortunately it appears that the amended complaint was not provided to the corporate process server. Instead, the original complaint was provided to the corporate process server. I apologize for this error.

Today my office will provide the process serve with the amended complaint for service.

I thank the Court for its patience and understanding.

Respectfully,

*/s Jacob Aronauer*
Jacob Aronauer

**Via ECF**
*All attorneys*

The instant letter, filed on September 18, 2024, appears to duplicate an earlier letter-request filed on July 29, 2024 and granted through an order of this Court dated August 5, 2024. Accordingly, the instant request is denied. Plaintiff may re-file another request.

SO ORDERED.
Date: September 19, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge