```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MERCY CORTORREAL,                                                      :
                                                                       :
                        Plaintiff,                                     :
                                                                       :           24 Civ. 3948 (JPC)
            -v-                                                        :
                                                                       :                 ORDER
REYES FASTEST SHIPPING INC. and                                        :
WILSON ROBINSON REYES CASTILLO,                                        :
                                                                       :
                        Defendants.                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 8, 2024, Plaintiff Mercy Cortorreal moved for a default judgment against Defendants Wilson Robinson Reyes Castillo and Reyes Fastest Shipping Inc. Dkt. 40.

It is hereby ordered that Defendants shall file any opposition to the motion for default judgment no later than October 29, 2024. Cortorreal shall file any reply no later than November 5, 2024. The default judgment hearing will remain scheduled for November 7, 2024, at 2:00 p.m. Dkt. 33.

It is further ordered that Cortorreal serve Defendants via overnight courier with a copy of this Order within one week of the date of this Order. Within two business days of service, Cortorreal must file proof of such service on the docket.

SO ORDERED.

Dated: October 9, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge