```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCY CORTORREAL,

                Plaintiff,

-v-

REYES FASTEST SHIPPING, INC. ET AL.,

                Defendants.

**ORDER**

24-CV-3948 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated November 6, 2024, this case was referred to a Magistrate Judge for settlement. ECF No. 54. On November 7, 2024, the settlement referral was reassigned to me.

As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. The parties should state whether Defendant Reyes Fastest Shipping, Inc. will participate in this settlement conference and, if so, who will be representing the corporation. *See Steadman v. Citigroup Global Markets Holdings Inc.*, 592 F. Supp. 3d 230, 244 (S.D.N.Y. 2022) ("A corporation or other unincorporated entity may not represent itself pro se." (cleaned up)).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

1

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se litigants.

**SO ORDERED.**

Dated: November 8, 2024
      New York, New York

Henry J. Ricardo
United States Magistrate Judge