UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MERCY CORTORREAL,                                                      :
:
:
Plaintiff,                                                             :
:  24 Civ. 3948 (JPC)
-v-                                                                    :
:  ORDER
:
REYES FASTEST SHIPPING INC. and                                        :
WILSON ROBINSON REYES CASTILLO,                                        :
:
Defendants.                                                            :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this case. The parties shall move for approval of the settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and provide all necessary information no later than January 6, 2025.

       SO ORDERED.

Dated: December 12, 2024
       New York, New York

                                      JOHN P. CRONAN
                                      United States District Judge